JULY 16, 1938

No. 39032.——Protest 923737–G of Samuel Brass. T. D. 49595. Application by Government for rehearing denied.

BEFORE THE SECOND DIVISION, JULY 20, 1938

No. 39033.—Protest 309751–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain articles are in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39034.—Protests 274058–G, etc., of Mary Liotta (New York).

Opinion by TILSON, J. From the record it was found that certain articles are in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.